# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| BRIAN S. MARTIN | § | Case No. 20-10454 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/05/2020. The undersigned trustee was appointed on 05/05/2020.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $     7,653.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 7,653.00 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/26/2021 and the deadline for filing governmental claims was 07/26/2021. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,515.30. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $1,515.30, for a total compensation of $1,515.30[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/20/2021                         By: /s/BRENDA PORTER HELMS, TRUSTEE
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 20-10454 | JSB | Judge: | Janet S. Baer | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | BRIAN S. MARTIN | | | | Date Filed (f) or Converted (c): | 05/05/2020 (f) |
| | | | | | 341(a) Meeting Date: | 06/08/2020 |
| For Period Ending: | 09/20/2021 | | | | Claims Bar Date: | 07/26/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 295 Valley Way, Burlington Illinois- debtor's 1/2 interest | 172,333.50 | 0.00 | | 0.00 | FA |
| 2. 2017 Nissan Frontier | 16,000.00 | 0.00 | | 0.00 | FA |
| 3. Two dirt bikes that do not run | 500.00 | 0.00 | | 0.00 | FA |
| 4. Three bathroom, three bedroom home; normal complement of beds and dressers, couches and loveseats, desks, bookshelf, applicances, tables and chairs, coatrack, ping pong table, hand tools, riding mower (purchased in 2013 for $400), used snow blower, weed ea | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. IPad pro for photographing motorcycles and listng online, three tvs, laptops,older generation cell phone, iPad | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Treadmill, Trek bicycle, Nordic Track, riding equipment, jackests and helmets | 0.00 | 0.00 | | 0.00 | FA |
| 7. Necessary wearing apparel | 300.00 | 0.00 | | 0.00 | FA |
| 8. Wedding band | 100.00 | 0.00 | | 0.00 | FA |
| 9. One dog "Trixie" | 0.00 | 0.00 | | 0.00 | FA |
| 10. Eyeglasses | 0.00 | 0.00 | | 0.00 | FA |
| 11. Checking Account at Old Second Community Bank | 42.00 | 0.00 | | 0.00 | FA |
| 12. Prepaid debit crd | 1,600.00 | 1,600.00 | | 0.00 | FA |
| 13. Martin Adams LLC | 0.00 | 0.00 | | 0.00 | FA |
| 14. SHG of Illinois LLC | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 20-10454 | JSB | Judge: | Janet S. Baer | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | BRIAN S. MARTIN | | | | Date Filed (f) or Converted (c): | 05/05/2020 (f) |
| | | | | | 341(a) Meeting Date: | 06/08/2020 |
| For Period Ending: | 09/20/2021 | | | | Claims Bar Date: | 07/26/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15.  Tax Refunds - federal | 4,371.00 | 4,371.00 | | 5,181.00 | FA |
| Debtor amended asset on amended Schedules filed (Dkt. 35 and 38) to change value from Unknown and to provide additional details about tax by year and taxing agency | | | | | |
| 2019 FEDERAL REFUND: $4,371 for Debtor and $5,744 for Lara Martin ($10,115 total), 2018 FEDERAL REFUND: $0 for debtor ($12,459.00 total; large carryovers, but withholding paid by Lara Martin), 2020 FEDERAL REFUND (to be determined: for amounts prior to petition date) | | | | | |
| --Debtor's amended schedules (Dkt. 38) claimed an exemption in the federal tax refund, Debtor turned over the value of the tax refund, Net of the exemption claimed. | | | | | |
| 16.  NW Mutual  #9709 | 0.00 | 0.00 | | 0.00 | FA |
| 17.  Voluminous parts inventory and displays likely secured by creditors | 30,000.00 | 0.00 | | 0.00 | FA |
| 18.  Health insurance through Lara's employer | 0.00 | 0.00 | | 0.00 | FA |
| 19.  $10k funds on hand at Local Auction Company, 421 Maple, Lombard; likely property of SHG | 0.00 | 0.00 | | 0.00 | FA |
| 20.  Tax Refunds-State | 2,472.49 | 2,472.49 | | 2,472.00 | FA |
| Debtor amended Tax Refund asset on amended Schedules filed (Dkt. 35 and 38) to change value from Unknown and to provide additional details about tax by year and taxing agency | | | | | |
| 2018 STATE REFUND: $0 for Debtor ($6,197 minus $416.51 deducted for ticket; large carryovers, but withholding paid by Lara Martin), 2019 STATE REFUND: $2,472.49 for Debtor ($2,696 minus $223.51 deducted for ticket) and $3,488 for Lara Martin ($6,184 total), 2020 STATE REFUND (to be determined: for amounts prior to petition date) | | | | | |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $230,718.99 | $8,443.40 | $7,653.00 | $0.00 |

(Total Dollar Amount in Column 6)

Exhibit A

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:


Initial Projected Date of Final Report (TFR): 09/13/2021     Current Projected Date of Final Report (TFR): 09/13/2021

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 20-10454 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: BRIAN S. MARTIN | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0331 |
| | Checking |
| Taxpayer ID No: XX-XXX4383 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/20/2021 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/15/21 | | Brian Martin | tax refunds 2019-2020 | | $7,653.00 | | $7,653.00 |
| | | | Gross Receipts $7,653.00 | | | | |
| | 15 | | Tax Refunds - federal $5,181.00 | 1124-000 | | | |
| | 20 | | Tax Refunds-State $2,472.00 | 1124-000 | | | |

| | | |
|---|---|---|
| COLUMN TOTALS | $7,653.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $7,653.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $7,653.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*      Page Subtotals:      $7,653.00      $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0331 - Checking | $7,653.00 | $0.00 | $7,653.00 |
|  | $7,653.00 | $0.00 | $7,653.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| **Total Net Deposits:** | $7,653.00 |
| Total Gross Receipts: | $7,653.00 |

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 20-10454  
Debtor Name: BRIAN S. MARTIN  
Claims Bar Date: 7/26/2021  

Date: September 20, 2021

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | BRENDA PORTER HELMS, TRUSTEE<br>THE HELMS LAW FIRM, P.C.<br>3400 WEST LAWRENCE,<br>CHICAGO, IL 60625 | Administrative | | $0.00 | $1,515.30 | $1,515.30 |
| 1 300 7100 | SnapAdvances<br>1182 W. 2400 S.<br>West Valley UT 84119 | Unsecured | | $0.00 | $343,919.00 | $343,919.00 |
| 2 300 7100 | Kawasaki Motors Fincance<br>26972 Burbank<br>Foothill Ranch CA 92610 | Unsecured | | $0.00 | $12,762.07 | $12,762.07 |
| 3 300 7100 | CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ON<br>4515 N SANTA FE AVE. DEPT. APS<br>OKLAHOMA CITY, OK 73118 | Unsecured | | $0.00 | $29,779.50 | $29,779.50 |
| 4 300 7100 | Citibank N. A.<br>5800 S. Corporate Place<br>Sioux Falls SD 57108 | Unsecured | | $0.00 | $914.60 | $914.60 |
| 5 300 7100 | Wells Fargo Commercial Distribution Finance LLC<br>5595 Trillium blvd<br>Hoffman Estaes IL 60192 | Unsecured | | $0.00 | $97,015.24 | $97,015.24 |
| 6 300 7100 | American Honda Finance Corp<br>P.O. Box 2295<br>Torrance CA 90509 | Unsecured | | $0.00 | $126,192.20 | $126,192.20 |
| | Case Totals | | | $0.00 | $612,097.91 | $612,097.91 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 20-10454
Case Name: BRIAN S. MARTIN
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

| | | |
|---|---|---|
| Balance on hand | $ | 7,653.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 1,515.30 | $ 0.00 | $ 1,515.30 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 1,515.30 |
| Remaining Balance | $ | 6,137.70 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $610,582.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | SnapAdvances | $ 343,919.00 | $ 0.00 | $ 3,457.14 |
| 2 | Kawasaki Motors Fincance | $ 12,762.07 | $ 0.00 | $ 128.29 |
| 3 | CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ON | $ 29,779.50 | $ 0.00 | $ 299.35 |
| 4 | Citibank N. A. | $ 914.60 | $ 0.00 | $ 9.19 |
| 5 | Wells Fargo Commercial Distribution Finance LLC | $ 97,015.24 | $ 0.00 | $ 975.22 |
| 6 | American Honda Finance Corp | $ 126,192.20 | $ 0.00 | $ 1,268.51 |

Total to be paid to timely general unsecured creditors $ 6,137.70

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE